IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MISCELLANEOUS WAREHOUSEMEN'S ) <br> LOCAL 781 HEALTH & WELFARE FUND, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ARTICO COLD STORAGE CHICAGO, LLC, ) <br> a limited liability company, ) <br> ) <br> Defendant. ) | CIVIL ACTION <br><br> NO. 24 C 2281 <br><br> JUDGE THOMAS M. DURKIN |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

Plaintiff, by its attorneys, and pursuant to Federal Rule of Civil Procedure Rule 55(b), move for entry of judgment by default against Defendant, ARTICO COLD STORAGE CHICAGO, LLC, a limited liability company, in the total amount of $355,133.50, plus Plaintiff's court costs and reasonable attorneys' fees in the amount of $2,064.50. In support of its motion and the amount of the judgment sought, Plaintiffs are submitting herewith the affidavits of David Dorfman and Catherine Chapman.

On March 25, 2024, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Summer Caliendo-Apa) at the registered office of record in Illinois (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on April 15, 2024. As Defendant has failed to timely answer the Complaint, Plaintiff respectfully requests entry of default and judgment pursuant to F.R.Civ.P. Rule 55(b).

/s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for the Plaintiff
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6278364
Telephone:  (312) 216-2573
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\781W\Artico Cold Storage\motion for entry of default and judgment.pnr.df.wpd

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail and electronic mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 23rd day of April 2024:

> Mr. William J. Factor
> Law Office of William J. Factor, Ltd.
> 105 W. Madison Street, Suite 2300
> Chicago, IL   60602-4647
> wfactor@wfactorlaw.com

      /s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for the Plaintiff
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6278364
Telephone:  (312) 216-2573
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\781W\Artico Cold Storage\motion for entry of default and judgment.pnr.df.wpd